PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Sebastian Perry                                                                 Cr.: 00-00323-007

Name of Sentencing Judicial Officer: Honorable Katherine S. Hayden

Date of Original Sentence: 05/03/2002

Original Offense: Conspiracy to Distribute Narcotics

Original Sentence: 27 months imprisonment to be followed by five years supervised release

Type of Supervision: Supervised Release                                Date Supervision Commenced: 05/17/2002

### PETITIONING THE COURT

[ ]   To extend the term of supervision for         Years, for a total term of         Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall contribute 20 hours of community service work per week until he secures stable full-time employment or similar job training. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

The defendant is to be confined to his residence for a period of 2 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.26 per day.

### CAUSE

Perry signed an Admission of Drug Use Form on January 10, 2006, admitting to using marijuana on December 31, 2005. In addition, Perry has failed to secure and maintain stable employment and has failed to make minimum monthly payments towards his fines, and failed to report to Probation as directed.

Respectfully submitted,

By: Dina M. Violante
U.S. Probation Officer
Date: 01/12/2006

---

THE COURT ORDERS:

[✓]   The Modification of Conditions as Noted Above
[ ]   The Extension of Supervision as Noted Above
[ ]   No Action
[ ]   Other

_____
Signature of Judicial Officer

2/1/06
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall contribute 20 hours of community service work per week until he secures stable employment. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

The defendant is to be confined to his residence for a period of 2 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.26 per day.

Witness: _____  Signed: _____
U.S. Probation Officer            Probationer or Supervised Releasee
Dina M. Violante                  Sebastian Perry

_____1/12/06_____
DATE